```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                    )
**HARLYN GERONIMO, et al.**,        )
                                    )
      **Plaintiffs**,            )
                                    )
      v.                        )   Civil Action No. 09-303 (RWR)
                                    )
**BARACK HUSSEIN OBAMA, et al.**,   )
                                    )
      **Defendants**.            )
_____)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that the federal defendants' motion to dismiss [16] be, and hereby is, GRANTED. The complaint is dismissed as to all defendants. All other pending motions are DENIED as moot. This is a final, appealable order.

SIGNED this 27th day of July, 2010.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```